IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TEDDY L. JACKSON,

      Appellant,

v.

DEPARTMENT OF REVENUE
ON BEHALF OF VERONICA
MATTHEWS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1257

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Gadsden County.
Francis J. Allman, Judge.

Mark V. Murray, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Carrie R. McNair, Assistant Attorney General, Tallahassee, for Appellee.


PER CURIAM.

      DISMISSED.

RAY, BILBREY, and WINSOR, JJ., CONCUR.